AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG 15 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hector Ruiz Rodriguez | ) Case No: 1:13cr62HSO-RHW-001 |
| | ) USM No: 50005-379 |
| Date of Original Judgment: 02/05/2015 | ) |
| Date of Previous Amended Judgment: | ) Mike Scott |
| (Use Date of Last Amended Judgment if Any) | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of [✓] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
[✓] **DENIED.**   [ ] **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 02/05/2015 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 8/15/2016

Effective Date: 8/15/2016
*(if different from order date)*

Judge's Signature

The Honorable Halil S. Ozerden, U.S. District Judge
Printed name and title